UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KULDEEP SINGH**, <br><br> Plaintiff, <br><br> ~ *versus* ~ <br><br> **ALFIA JIVAN**, <br><br> Defendant. | Case No. __2:22-cv-4235__ <br><br> NOTICE OF <br> APPEARANCE OF COUNSEL |

**To:**   The Clerk of this Honorable Court and all Parties of Record

**PLEASE TAKE NOTICE** that without waiver to any rights they hold or defenses available to them, and without waiver of service of process, the Defendant **ALFIA JIVAN** does hereby appear in the above-captioned matter and will be represented by their counsel, Baruch S. Gottesman, Esq.

Dated:   **September 14, 2022**

RESPECTFULLY SUBMITTED,

**By:** ___[signature]___
BARUCH S. GOTTESMAN, ESQ.
*New York Bar I.D. No. 4480539*

Law Office of Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366
Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com
*Attorney for Defendant Jivan*

*Served Via ECF on all Appearing Parties*