UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KULDEEP SINGH,

                                       Plaintiffs,

- against -

ALFIA JIVAN, K&A SMOKE SHOP LLC, LIBERTY
NOVELTY, LAS VEGAS LLC AND LIBERTY
NOVELTY, MARYLAND LLC

                                     Defendant(S),
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.
22-cv-04235 (BMC)

**STIPULATION OF DISMISSAL**

This Stipulation is entered into by and between Plaintiff Kuldeep Singh and Defendants, through their respective attorneys.

## RECITALS

**WHEREAS**, on July 19, 2022, Plaintiff commenced the above action by Summons and Complaint (the "Complaint") in the United States District Court, Eastern District of New York; and

**WHEREAS**, on August 25, 2022, Plaintiff served Defendant Alfia Jivan personally with the Complaint;

**WHEREAS**, on September 14, 2022, Defendant Alfia Jivan appeard by Counsel Baruch Gottesman and filed a motion for leave to file a letter requesting a pre-motion conference on a motion to dismiss;

**WHEREAS**, on October 6, 2022, a pre-motion conference was held; and

**WHEREAS**, on October 14, 2022, Plaintiff filed an amended Complaint, adding K&A SMOKE SHOP LLC, LIBERTY NOVELTY, LAS VEGAS LLC AND LIBERTY NOVELTY, MARYLAND LLC as Defendants.

1

**WHEREAS,** on October 14, 2022, Hon. Cogan entered an order, directing Plaintiff to Show Cause by October 21 2022 why this case should not be dismissed for lack of subject matter jurisdiction.

**NOW, IN CONSIDERATION OF THE FOREGOING:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that Plaintiff hereby withdraws their Amended Complaint, entered at Docket No. 14; and

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned that this instant action be dismissed without prejudice; and

**IT IS FURTHER STIPULATED AND AGREED** that facsimile or other electronic copies of signatures shall be deemed to be originals for all purposes.

By:  /s/ Erica T. Yitzhak
      Erica T. Yitzhak
The Yitzhak Law Group
1 Linden Place, Suite 406
Great Neck, New York 11021
(516) 466-7144

*Attorneys for Plaintiffs*

Dated: October 20, 2022
Great Neck, New York

By:  /s /Baruch S. Gottesman
      Baruch S. Gottesman
185-12 Union Turnpike
Fresh Meadows, New York
(212) 401-6910

*Attorney for Defendant*

Dated: October 20, 2022
Queens, New York

**SO ORDERED:**

_____
**Hon. Brian M. Cogan**

**Dated:** _____, **2022**
    **Brooklyn, New York**

2